IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
BETSY LITTLE,                    *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *        CV 116-061
                                 *
DEERE & CO.,                     *
                                 *
     Defendant.                  *
```

# O R D E R

Before the Court is Defendant's motion to file under seal. (Doc. 27.) Therein, Defendant seeks leave to file its forthcoming memorandum of law in support of summary judgment – as well as several of its exhibits in support thereof – under seal because they include or otherwise reference portions of Plaintiff's personal medical records.[1] (Id.) Upon due consideration, the Court finds good cause to seal has been established and therefore **GRANTS** Defendant's motion (doc. 27) and **ORDERS** that Defendant's forthcoming memorandum of law in support of summary judgment and the exhibits thereto that reference or include portions of Plaintiff's personal medical records be **SEALED** until further order of the Court.

---

[1] Defendant asserts that Plaintiff's medical records are relevant to the present case because Plaintiff alleges that Defendant violated the Americans with Disabilities Act ("ADA") when it terminated her employment in October 2015. (Doc. 27, ¶ 2.)

**ORDER ENTERED** at Augusta, Georgia, this 8th day of December, 2017.

---
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA